UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-20753-CIV-MORENO

LEONARDO CAVERO and
LIDIA CAVERO,

        Plaintiffs,

vs.

OCWEN LOAN SERVICING, LLC.,

        Defendant.
_____/

## ORDER DIRECTING CLERK TO ENTER DEFAULT

This cause came before the Court upon a *sua sponte* review of the record.

The Court has noted the Waiver of the Service of Summons by Ocwen Loan Servicing, LLC. **(D.E. 6)**, filed on **April 21, 2016**. It appears that Ocwen Loan Servicing, LLC. has failed to answer or otherwise respond to the Complaint. Therefore it is hereby

**ORDERED AND ADJUDGED** that the Clerk shall file an Entry of Default against Ocwen Loan Servicing, LLC. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Upon entry of default, Plaintiffs may file a motion for Default Judgment in accordance with Rule 55(b) of the Federal Rules of Civil Procedure. The Clerk is directed to close the case.

DONE AND ORDERED in Chambers at Miami, Florida, this 27 of May 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record