UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 16-20753-CIV-MORENO**

LEONARDO CAVERO and LIDIA CAVERO,

      Plaintiffs,

vs.

OCWEN LOAN SERVICING, LLC.,

      Defendant.

_____/

## ORDER VACATING DEFAULT JUDGMENT

THIS CAUSE came before the Court upon Defendant's Unopposed Motion to Vacate May 27, 2016, Order and Establish Response Deadline and Incorporated Memorandum of Law **(D.E. 10)**, filed on **May 27, 2016**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the motion is **GRANTED**. Defendant shall file an answer or otherwise respond to the Complaint by **Monday, June 20, 2016**.

DONE AND ORDERED in Chambers at Miami, Florida, this ___2___ of June 2016.

FOR FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record