UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-20753-CIV-MORENO

LEONARDO CAVERO and LIDIA CAVERO,

    Plaintiffs,

vs.

OCWEN LOAN SERVICING, LLC.,

    Defendant.
_____/

## NOTICE OF COURT PRACTICE UPON PARTIES' NOTICE OF SETTLEMENT AND ORDER DENYING MOTIONS TO VACATE DEADLINES AND STRIKE HEARINGS

THIS CAUSE came before the Court upon the Parties' Notice of Settlement and Motion to Strike Deadlines **(D.E. 20)**, filed on **October 11, 2016**.

THE PARTIES are notified that they shall file all papers related to the settlement including any order of dismissal stating specific terms and conditions, no later than **Friday, October 28, 2016**. If the parties do not comply with this order, then the Court shall dismiss this case with prejudice or proceed to trial during the previously scheduled two-week period of **January 17, 2017**.

THE COURT notes that the parties also petition the Court to vacate all deadlines and to strike all upcoming hearings and the trial because they "have reached a settlement *in principle* of this action and are in the process of negotiating and execution of the written settlement agreement and submission of a stipulation of dismissal. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

    **(1)** The parties' motion to vacate all deadlines is **DENIED**; and

(2)     The parties' motion to strike all upcoming hearings and trial pending the parties' execution of the written settlement agreement and submission of a stipulation of dismissal is **DENIED**, as a "settlement in principle" is not a sufficient basis to "vacate" all deadlines or to "strike" upcoming hearings and trial.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___13th___ of October 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record