UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 16-60952-CIV-MORENO**

DAVID J. DEGRAVE,

    Plaintiff,

vs.

S/V PETITE PEARL, a model 47' Yapluka
catamaran sailing vessel, registered in
Germany as Official Number 023979, her
engines, tener, tackle, rigging, sails, apparel,
furnishings, and appurtenances,in rem, and
KLAUS KERN, in personam,

    Defendants.
_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice **(D.E. 16)**, filed on **October 27, 2016**.

THE COURT has considered the notice, the pertinent portions of the record, and is fully advised in the premises. It is

**ORDERED AND ADJUDGED** that this Cause is **DISMISSED** without prejudice with leave to refile in an appropriate forum. Fed. R. Civ. P. 41(a)(1)(A)(i).

**DONE AND ORDERED** in Chambers at Miami, Florida, this _31st_ of October 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record