UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-20753-CIV-MORENO

LEONARDO CAVERO and LIDIA CAVERO,

    Plaintiffs,

vs.

OCWEN LOAN SERVICING, LLC.,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE came before the Court upon the Parties' Joint Stipulation of Dismissal With Prejudice Under Fed. R. Civ. P. 41(a)(1)(A)(ii) **(D.E. 22)**, filed on **October 27, 2016**.

THE COURT has considered the notice, the pertinent portions of the record, and is fully advised in the premises. It is

**ORDERED AND ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31 of October 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record